# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 07-2987

———————

United States of America,

        Appellee,

   v.

Heron Velez-Paz,

        Appellant.

\*  
\*  
\*  
\*   Appeal from the United States
\*   District Court for the
\*   Southern District of Iowa.
\*  
\*   [UNPUBLISHED]
\*  

———————

Submitted: April 24, 2009
Filed: April 29, 2009

———————

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

———————

PER CURIAM.

After Heron Velez-Paz pleaded guilty to illegal reentry after having been deported following an aggravated-felony conviction, in violation of 8 U.S.C. § 1326(a), (b)(2), the district court[1] sentenced him within the advisory Guidelines range to 46 months in prison and 2 years of supervised release. On appeal, his counsel has filed a brief under Anders v. California, 386 U.S. 738 (1967). For the reasons discussed below, we affirm.

---

[1]The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.

Counsel argues that Velez-Paz's conviction is not supported by sufficient evidence. We conclude that this argument is foreclosed by Velez-Paz's unconditional guilty plea. <u>See</u> <u>United States v. Jennings</u>, 12 F.3d 836, 839 (8th Cir. 1994).

Having reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues. Accordingly, we affirm the district court's judgment.

_____